[Grafton, June, 1880.]

GREELEY & a. *v.* BAGLEY.

*Burleigh & Adams*, for the plaintiffs.

*Burrows & Jewell*, for the defendant.

TRESPASS, *qu. cl.* Report of a referee in favor of the plaintiffs. The location of a disputed boundary being found by the referee, and no error of law appearing in his finding, judgment was rendered on his report.

ALLEN, J., did not sit: the others concurred.